UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SHAWN M. HALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOBILIS HEALTH CORP., CHRISTOPHER H. LLOYD, and KENNETH J. KLEIN,<br><br>Defendants. | Case No. 4:15-cv-3098<br><br>**COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

## Certificate of Interested Parties

Shawn M. Hall, Individually and on Behalf of All Others Similarly Situated, plaintiff in the above-styled and numbered cause, files this Certificate of Interested Parties, and would respectfully show unto the Court the following:

Defendants:
<u>Nobilis Health Corp</u>.
Christopher H. Lloyd
Kenneth J. Klein

Plaintiff:
Shawn M. Hall, Individually and on Behalf of All Others Similarly Situated

Dated: November 6, 2015

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND**

*/s/ Sammy Ford IV*
_____
Sammy Ford IV
Federal Bar Number: 950682
Texas Bar Number: 24061331
800 Commerce Street
Houston, TX 77002
Telephone: 713-222-7211
Facsimile: 713-225-0827
Email: sford@abrahamwatkins.com



**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
            ahood@pomlaw.com
            mgorrie@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*